UNITED STATES DISTRICT COURT
DISTRICT OF FEDERAL

Chisum LLC, a Minnesota limited liability company,

Plaintiff,

v.

Chief Automotive Systems, Inc., a Delaware corporation,

Defendant.

Court File No. 01-816 PAM/RLE

**STIPULATION AND ORDER TO AMEND PRETRIAL SCHEDULE**

**STIPULATION**

WHEREAS, the Court's October 10, 2001 Pretrial Schedule establishes various pre-trial deadlines, including a December 1, 2001 deadline for identification of experts, a January 15, 2002 deadline for exchanging certain expert reports, and a March 1, 2002 deadline for exchanging certain other expert reports;

WHEREAS, Plaintiff and Defendant believe that the chances of achieving a settlement will be enhanced if, between now and the end of the year, they are permitted to devote their full attention and resources to settlement negotiations, not expert disclosures; and

WHEREAS, Plaintiff and Defendant have therefore agreed to ask that this Court make minor changes to the expert disclosure deadlines established by the Pretrial Order.

IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff and Defendant, through their respective legal counsel, that:

1. Paragraph VI of the Pretrial Schedule should be amended, as follows:

FILED NOV 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK



(41)

A. The December 1, 2001 deadline for each party to identify each expert and state the subject matter on which the expert is expected to testify should be changed to January 15, 2002.

B. The January 15, 2002 deadline for the parties to exchange written reports, prepared and signed by each expert witness, should be changed to February 22, 2002.

C. The March 1, 2002 deadline for the parties to exchange written reports, prepared and signed by any and all rebuttal witnesses, should be changed to March 29, 2002.

D. The April 1, 2002 deadline for completion of all expert depositions should be changed to ~~April 30, 2002.~~ May 15, 2002

2. All other dates and deadlines set forth in the Pretrial Schedule shall remain unchanged.

3. The Court may enter an Order on the basis of this Stipulation.

Dated: November 20, 2001.

SHAPIRO PROFESSIONAL ASSOCIATION

By: ______________________

Lawrence M. Shapiro, #130886
Susan D. Holappa, #172741

1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: (763) 542-1716
Facsimile: (763) 542-1784

ATTORNEYS FOR PLAINTIFF

Dated: November 20, 2001.

WINTHROP & WEINSTINE, P.A.

By: ______________________

Laura A. Pfeiffer, #260125
David Pearson
3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 347-0700
Facsimile: (612) 347-0600

Rembolt Ludtke & Berger LLP
Penny J. Berger, #10289
Timothy L. Moll, #20451
1201 Lincoln Mall, Suite 102
Lincoln, Nebraska 68508
Telephone: (402) 475-5100
Facsimile: (402) 475-5087

ATTORNEYS FOR DEFENDANTS

**ORDER**

Based upon the foregoing Stipulation:

IT IS HEREBY ORDERED that the above Stipulation shall be, and hereby is, adopted as the Order of this Court. The parties shall promptly and fully comply with the terms of this Stipulation and Order.

Dated: __________, 2001.
NOV 21 2001

BY THE COURT:

______________________
Magistrate Judge Raymond L. Erickson
United States District Court