254029

**UNITED STATES DISTRICT COURT**
**District of Minnesota**

**PETITION FOR ADMISSION PRO HAC VICE**

**Case Number: 01-816 (PAM/RLE)** **Case Title: Chisum, LLC v. Chief Automotive Services, Inc.**

**Affidavit of Movant**

I, David P. Pearson, an active member in good standing of the Bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Jane F. Langan, an attorney admitted to practice in the Bar of the State of Nebraska, but not admitted to the Bar of this Court, who will be additional counsel for DEFENDANT, Chief Automotive Systems, Inc., in the case listed below. I am aware that the local rules of this Court require that I participate in the preparation and presentation of the case listed below, and that I accept service of all papers served.

Signature

Minnesota Attorney License Number: 84712
Law Firm Name & Address: Winthrop & Weinstine, P.A.
3000 Dain Rauscher Plaza, 60 South Sixth Street
Minneapolis, MN 55402-4430
Telephone: 612 347-0700 Fax: 612 347-0600

**Affidavit of Proposed Admittee**

I, Jane F. Langan, am currently a member in good standing of the U.S. District Court for the Bar of the State of Nebraska, but not admitted to the Bar of this Court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Jane F. Langan
Type/Print Name Signature 12/4/01 Date

Attorney License Number: 207366
Law Firm Name & Address: Rembolt Ludtke & Berger, LLP
1201 Lincoln Mall, Suite 102
Lincoln, Nebraska 68508
Telephone: 402/475-5100 Fax: 402/475-5087

Case Number: 01-816 (PAM/RLE) Judge Assigned: Judge Paul A. Magnuson and Magistrate Judge Raymond L. Erickson

Case Title: *Chisum, LLC v. Chief Automotive Systems, Inc.*

Motion Granted:
For the Court, Francis E. Dosal, Clerk
DEC 13 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

**Clerk, U.S. District Court**
**Federal Building, Room 708**
**316 North Robert Street**
**Saint Paul, Minnesota 55101**

idmsmpl:478030_1

DEC 13 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK