**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Chisum LLC, a Minnesota limited liability company,

Plaintiff,

v.

Chief Automotive Systems, Inc., a Delaware corporation,

Defendant.

Court File No. 01-816 PAM/RLE

**STIPULATION AND ORDER TO RELEASE BOND**

---

**STIPULATION**

WHEREAS, on November 13, 2001, the Court entered an Order granting Plaintiff's motion for a Preliminary Injunction ("the Order");

WHEREAS, pursuant to Paragraph 4 of the Order and Rule 65(c) of the Federal Rules of Civil Procedure, Plaintiff caused $10,000 cash ("Bond") to be deposited with the Court;

WHEREAS, the parties have agreed to a settlement of the above-captioned matter; and

WHEREAS, as part of that settlement, the parties have agreed that the full amount of the Bond, together with any and all accrued interest, should promptly be returned to Plaintiff.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective legal counsel, that:

1. The Bond, together with any and all accrued interest, should be released by the Court and promptly delivered to Plaintiff; and

2. The Court can and should enter an Order in conformance with this Stipulation.

FILED JAN 30 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: January 29, 2002.

SHAPIRO PROFESSIONAL ASSOCIATION

By: Kathleen K. Stapler #161809, for
Lawrence M. Shapiro, #130886

1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: (763) 542-1716
Facsimile: (763) 542-1784

ATTORNEY FOR PLAINTIFF

Dated: January 28, 2002.

WINTHROP & WEINSTINE, P.A.

By: ______________________
David Pearson, #84712

3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 347-0700
Facsimile: (612) 347-0600

Rembolt Ludtke & Berger LLP
Penny J. Berger, #10289
Timothy L. Moll, #20451
1201 Lincoln Mall, Suite 102
Lincoln, Nebraska 68508
Telephone: (402) 475-5100
Facsimile: (402) 475-5087

ATTORNEYS FOR DEFENDANT

**ORDER**

Based upon the foregoing Stipulation, it is hereby ordered that the Bond that Plaintiff deposited with this Court pursuant to Paragraph 4 of the Court's Order dated November 13, 2001 and Rule 65(c) of the Minnesota Rules of Civil Procedure, together with any and all accrued interest, shall immediately be released by the Court and delivered to Plaintiff and/or its attorneys at the law firm of Shapiro Professional Association.

Dated: January 30, 2002.

BY THE COURT:

The Honorable Paul A. Magnuson, Judge
United States District Court for the
District of Minnesota