UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Chisum LLC, a Minnesota limited liability company,

Plaintiff,

v.

Chief Automotive Systems, Inc., a Delaware corporation,

Defendant.

Court File No. 01-816 PAM/RLE

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective legal counsel, that this action shall be, and hereby is, dismissed with prejudice and without costs or attorney fees to any party hereto.

Dated: ~~January~~ 2/5, 2002.

SHAPIRO PROFESSIONAL ASSOCIATION

By: ______________________
Lawrence M. Shapiro, #130886
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: (763) 542-1716
Facsimile: (763) 542-1784

ATTORNEY FOR PLAINTIFF

FEB 11 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: January 28, 2002.

WINTHROP & WEINSTINE, P.A.

By: ______________________

David Pearson, #84712
3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 347-0700
Facsimile: (612) 347-0600

Rembolt Ludtke & Berger LLP
Penny J. Berger, #10289
Timothy L. Moll, #20451
1201 Lincoln Mall, Suite 102
Lincoln, Nebraska 68508
Telephone: (402) 475-5100
Facsimile: (402) 475-5087

ATTORNEYS FOR DEFENDANT

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that this action shall be, and hereby is, dismissed with prejudice and without costs or attorney fees to any party hereto.

Dated: Feb 8, 2002.

BY THE COURT:

______________________
The Honorable Paul A. Magnuson, Judge
United States District Court for the
District of Minnesota